UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:

OSVALDO AREVELO AND LITZI AREVALO　　　　　　CASE NO.: 10-26031-LMI
A/K/A LITZI MARTINEZ　　　　　　　　　　　　　CHAPTER 13

　　Debtor.
_____

**MOTION FOR RECONSIDERATION OF ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AGENT SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2003-W5 C/O AMERICAN HOME MORTGAGE SERVICING, INC., CLAIM NO. 101**

　　COMES NOW, Creditor, Deutsche Bank National Trust Company, as trstee for Agent Securities Inc., Asset-Backed Pass-Trough Certificates, Series 2003-W5., a Secured Creditor in the above-styled proceeding, by and through undersigned counsel, hereby files this Motion for Reconsideration of Order Sustaining Debtor's Objection to Proof of Claim (Claim No.: 1-1) in the above styled proceeding pursuant to Fed. R. Bankr Proc Rule 3008.  In support thereof, Creditor would state:

1. On October 5, 2010, the Debtors filed their Objection to Proof of Claim of Deutsche Bank National Trustee Company as Trustee for Agent Securities, Inc., Asset Backed Pass Through Certificates, Series 2003-W5 C/O American Home Mortgage Servicing Inc., Claim No. 1-1 on Short Notice.

2. Based on Debtor's Objection, Creditor was provided a "shortened" notice.

3. On November 2, 2010, the instant issue was addressed in open court.

4. However, by December 7, 2010, at the Confirmation Hearing, no order was entered in the docket.  As a result, undersigned counsel made his objection at the Confirmation Hearing.

10-00326

5. By agreement between undersigned counsel and debtor's counsel, the Confirmation Hearing was continued to resolve the instant issue.

6. "A party in interest may move for reconsideration of an order allowing or disallow a claim against the estate."  F. R. B. P. 3008.

7. Undersigned counsel is "surprised" by this Honorable Court's order entered on December 17, 2010 when debtor's counsel agreed to attempt to resolve this issue prior to the next confirmation hearing.

8. Furthermore, attached as Exhibit A is a copy of the payment history for the subject claim supporting the amounts alleged on Claim 1-1.

9. Attached as Exhibit B is a Summary of the Payment history illustrating that Debtor was pre-petition due for May 1, 2010 due to some missed payments. Additionally, the summary of the payment history reveals that Debtors' payment in August 2009, September 2009 and October 2009 was short.

10. That counsel for Creditor requests that the Court Reconsider the Order.

11. That counsel for Creditor request that a formal hearing be set at a date and time, which is convenient for this Honorable Court.

10-00326

WHEREFORE, Creditor, Deutsche Bank National Trust Company, as trstee for Agent Securities Inc., Asset-Backed Pass-Trough Certificates, Series 2003-W5., prays this Honorable Court will grant this Motion for Reconsideration of the Order Sustanting Objection to Proof of Claim, Claim No. 1-1 and for such other relief as this Court deems just and proper.

Dated this _27_ day of December, 2010.

>ROBERTSON, ANSCHUTZ & SCHNEID, PL
>Attorney for Secured Creditor
>3010 N. Military Trail, Suite 300, Boca Raton, Florida 33431
>Phone: (561) 241-6901 Ext 246
>Fax: (561)241-9181
>
>_____
>MAURICE D. HINTON, ESQ
>FBN: 026215

10-00326

**I HEREBY CERTIFY** that a true copy of the foregoing has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Osvaldo Arevalo and Litzi Arevalo aka Litzi Martinez
10105 SW 130th Terrace, Miami, Florida 33176

Nancy N. Herkert, Trustee
P.O. BOX 279806, Miramar, Florida 33027

Office of the US Trustee
51 S.W. 1st Avenue, Suite 1204, Miami, Florida 33130

Sandra Navarro-Garcia, Esq.
6337 SW 40th Street, Miami, Florida 33155

This __27__ day of __December__, 2010.

                                       ROBERTSON, ANSCHUTZ & SCHNEID, PL
                                       Attorney for Secured Creditor
                                       3010 N. Military Trail, Suite 300
                                       Boca Raton, Florida 33431
                                       Phone: (561) 241-6901 Ext 246
                                       Fax: (561)241-9181

                                       _____
                                       MAURICE D. HINTON, ESQ
                                       FBN: 026215

10-00326