**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

| | |
|---|---|
| In re:<br>**OSVALDO AREVALO**<br>SSN XXX.XX.3138<br>**LITZI AREVALO**<br>SSN XXX.XX.5198<br>    Debtors.<br>_____/ | Case Number  10-26031-BKC-LMI<br>Chapter 13 |

**DEBTORS' MOTION TO DEEM DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AGENT SECURITIES INC., ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2003-W5 C/O AMERICAN HOME MORTGAGE SERVICING, INC., CURED BY CHAPTER 13 PLAN AND FOR TURNOVER OF OVERPAID FUNDS**

1. According to the Trustee's records, the Debtors have paid, and the Trustee has disbursed, all monies due to Deutsche Bank National Trust Company As Trustee for Agent Securities Inc., Asset Backed Pass Through Certificates, Series 2003-W5 C/O American Home Mortgage Servicing, Inc., ("American Home Mortgage") pursuant to the terms of the second modified plan, see ECF 142.

2. The approved second modified plan provided for the arrearage amount due to American Home through the date of filing which was determined to be $4,014.88 pursuant to an Order Sustaining Debtors' Objection to Claim of Deutsche Bank National Trust Company as Trustee for Agent Securities Inc., Asset Backed Pass Through Certificates, Series 2003-W-5 C/O American Home Mortgage Servicing, Inc., Claim No. 1-1, see ECF 82.

3. The approved second modified plan provided and paid a total of $234,844.44 to American Home Mortgage for ongoing regular mortgage payments.   The Debtors plan provided for all notice of payment changes filed by American Home Mortgage and have in fact overpaid

American Home Mortgage via the Chapter 13 plan as to regular ongoing mortgage payments. The Debtors plan should have paid American Home Mortgage a total of $232,883.20 as to regular ongoing payments based on the notice of payment changes received throughout the past five years, which are as follows:

> $3,796.26 from July, 2010 through February, 2012 – Total = $75,925.20
> $3,923.95 from March, 2012 through June, 2015 – Total = $156,958.00

4. Accordingly, the Debtors have overpaid American Home Mortgage by a total of $1,961.24. Since the Trustee's records reflect these payments are completed, the mortgage debt to American Home Mortgage should not only be deemed current as of June, 2015, but American Home Mortgage should either refund the Debtors a total of $1,961.24 or apply the funds towards the post-petition mortgage payments that have come due as American Home Mortgage has refused to accept the Debtors post-petition regular mortgage payments. The Debtors further respectfully request that this Court order that American Home Mortgage is not to collect late fees or negatively report on the Debtors credit history as related to post-petition payments due through the date an order is entered on this matter as American Home Mortgage has refused to accept the Debtors post-petition payments.

**THE MORTGAGEE SHALL FILE ANY OBJECTION TO THE STATUS OF THE MORTGAGE DEBT AS PAID IN FULL NO LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING.**

All parties wishing to be heard shall appear at the scheduled hearing. If there is a dispute as to the status of the First Mortgage, the court may take evidence at the hearing or treat the hearing as preliminary and set a further evidentiary hearing on a different date.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via ECF( if applicable) & Regular U.S. Mail, on this **19th** day of **August, 2015** to all parties listed below.

| Nancy N. Neidich, Esq.<br>Via ECF | American Home Mortgage Servicing, Inc.<br>1525 S. Beltline Road, Suite 100N<br>Coppell, Texas 75019 | Maurice D. Hinton, Esq<br>Robertson, Anschutz & Schneid, PL<br>Attorney for American Home Mortgage Servicing, Inc<br>3010 N. Military Trail, Suite 300<br>Boca Raton, Fl. 33431.<br>Via ECF |
|---|---|---|

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A.**
Counsel for the Debtor
7951 SW 40th Street, Suite 202
Miami, Florida 33155
E-MAIL: SANDRA@.SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587
*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735