UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:  
OSVALDO AREVALO  
SSN XXX.XX.3138  
LITZI AREVALO  
SSN XXX.XX.5198  
    Debtors.  
_____/

Case Number 10-26031-BKC-LMI  
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Agreed Order Granting Debtors' Motion to Deem Deutsche Bank National Trust Company, As Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W5, C/O American Home Mortgage Servicing, Inc.* **[ECF 191]** has been furnished to all the parties listed below on this **9th** day of **October**, **2015**.

| Nancy N. Neidich, Esq.<br>Via ECF | American Home Mortgage Servicing, Inc.<br>1525 S. Beltline Road, Suite 100N<br>Coppell, Texas 75019 | Maurice D. Hinton, Esq<br>Robertson, Anschutz & Schneid, PL<br>Attorney for American Home Mortgage Servicing, Inc<br>3010 N. Military Trail, Suite 300<br>Boca Raton, Fl. 33431.<br>Via ECF |
|---|---|---|

*CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)*

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A**
Counsel for the Debtor
7951 SW 40 Street, Suite 202
Miami, FL. 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone:305-264-7500
Facsimile: 305-264-7587

/S/Sandra Navarro Garcia_____
Sandra Navarro-Garcia, Esq.
FBN 188735